No. 93–754. CHRISSY F., BY HER NEXT FRIEND AND GUARDIAN AD LITEM, MEDLEY v. DALE, INDIVIDUALLY AND AS CHANCELLOR FOR THE TENTH CHANCERY COURT DISTRICT OF MISSISSIPPI, ET AL. C. A. 5th Cir. Motions of Legal Services for Children and National Center for Protective Parents for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–1109. ALABAMA v. YELDER. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–1182. CUTRIGHT v. E. R. CARPENTER CO., INC. C. A. 4th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.